385 P.2d 981

**Thomas Lee CRAWFORD, Petitioner,**

v.

**STATE of New Mexico, Respondent.**

**No. 40 HC.**

Supreme Court of New Mexico.

Nov. 1, 1963.

COMPTON, Chief Justice, and CARMODY, CHAVEZ, NOBLE and MOISE, Justices, concurring.

Ordered that the request for free process be and the same is hereby granted, and the petition for writ of habeas corpus be and the same is hereby denied for failure of petitioner to exhaust his District Court remedies.